# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-2349
Lower Tribunal No. 2005-CF-000226

_____

CENIELINEN EUGENE DOZIER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hendry County.
James D. Sloan, Judge.

June 16, 2026

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and PRATT, JJ., concur.


Cenielinen Eugene Dozier, Moore Haven, pro se.

James Uthmeier, Attorney General, Tallahassee, and Marilyn Frances Muir, Chief Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED